IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JUAN GUILLERMO MEJIA-BUSTAMANTE, | : | CIV. NO. 24-8545 (RMB) |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| MS. THOMPSON, | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about September 10, 2024, Petitioner Juan Mejia-Bustamante, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking application of earned time credits under the First Step Act ("FSA") toward his early supervised release by the Federal Bureau of Prisons ("BOP"). (Pet., Dkt. No. 3.) Respondent filed an answer to the petition, in opposition to habeas relief because Petitioner was ineligible for application of FSA timed credits based on his immigration final order of removal. (Order, Dkt. No 6.)

2. On April 4, 2025, Respondent filed a letter brief, which asserts the habeas petition is now moot. (Letter Brief, Docket No. 8.) Respondent submitted the Declaration of Alisha Gallagher, Senior Consolidated Legal Center ("CLC") Attorney employed by the BOP, FCI Fort Dix. ("Gallagher Decl." ¶ 1, Dkt. No. 8-1.) Attorney Gallagher submitted BOP's Public Information Inmate Data for Petitioner, showing

Petitioner was released from FCI Fort Dix upon application of good conduct time on March 14, 2025.

    3.    "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

    4.    The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

DATE: **April 23, 2025**

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        Chief United States District Judge